UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


ADDISON ALEXANDER,           :
                                    :  NO. 1:13-CV-0016
        Plaintiff,      :
                                    :
                                    :
     v.                     :  **ORDER**
                                    :
                                    :
SGT. PAYNE, et al.,      :
                                    :
        Defendants.     :

        This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 4), in which she recommends that Plaintiff's complaint be dismissed without prejudice for failure to exhaust his administrative remedies. As of the date of this Order, no objections to the Report have been filed.

        Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court finds the Magistrate Judge's Report and Recommendation to be thorough, well-reasoned and correct and adopts and affirms it in its entirety. Accordingly, Plaintiff's complaint is dismissed without prejudice to refiling after he exhausts his administrative remedies. Pursuant to 28 U.S.C. §1915(a)(3), an appeal of this Order would not be taken in good faith. This matter is closed on the Court's docket.

-1-

SO ORDERED.

Dated:  March 21, 2013       s/S. Arthur Spiegel_____
                             S. Arthur Spiegel
                             United States Senior District Judge